# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 6:08-CR-147-ORL-19DAB

MONICA CHRISTINE WILLIAMS

## ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 17, filed July 22, 2008) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 17) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Monica Christine Williams has entered a plea of guilty to Count One of the Information knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Information.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 8, filed June 27, 2008) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this __5th__ day of August, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy